**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY GERTSEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1779** |
| **Plaintiffs** | : | **(CONSOLIDATED)** |
| v. | : | **(Judge Conner)** |
| **FIRST HORIZON HOME LOAN CORP., et al.,** | : | |
| **Defendants** | : | |

---

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN CORP. t/d/b/a MNC MORTGAGE,** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **GARY L. SWEITZER ENTERPRISES, INC., et al.,** | : | |
| **Defendants** | : | |

---

| | | |
|---|---|---|
| **FRANCIS A. DUNLOP, et al.,** | : | |
| **Plaintiffs** | : | |
| v. | : | |
| **FIRST HORIZON HOME LOAN d/b/a FT MORTGAGE d/b/a MNC MORTGAGE, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 21st day of July, 2005, upon consideration of plaintiffs'

motion for entry of default against defendant Lou Fierro (Doc. 145) on the ground

that defendant Lou Fierro has failed to plead or otherwise defend against the claims set forth in the amended complaint (Doc. 4), <u>see</u> FED. R. CIV. P. 55(a), and it appearing that defendant Lou Fierro has filed an answer to the amended complaint (Doc. 115), it is hereby ORDERED that the motion (Doc. 145) is DENIED.

                                           <u>S/ Christopher C. Conner</u>
                                           CHRISTOPHER C. CONNER
                                           United States District Judge