# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY GERTSEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1779** |
| **Plaintiffs** | : | **(CONSOLIDATED)** |
| v. | : | **(Judge Conner)** |
| **FIRST HORIZON HOME LOAN CORP., et al.,** | : | |
| **Defendants** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN CORP. t/d/b/a MNC MORTGAGE,** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **GARY L. SWEITZER ENTERPRISES, INC., et al.,** | : | |
| **Defendants** | : | |

-------------------------------------------------------------------------

| | |
|---|---|
| **FRANCIS A. DUNLOP, et al.,** | : |
| **Plaintiffs** | : |
| v. | : |
| **FIRST HORIZON HOME LOAN d/b/a FT MORTGAGE d/b/a MNC MORTGAGE, et al.,** | : |
| **Defendants** | : |

# **ORDER**

AND NOW, this 21st day of July, 2005, upon consideration of the unopposed motion of defendant Michael Sedor to set aside an entry of default (Doc. 234), see

L.R. 7.6, and it appearing that defendant Michael Sedor has demonstrated good cause to set aside the entry of default, see FED. R. CIV. P. 55(c), it is hereby ORDERED that the motion (Doc. 234) is GRANTED and the default entered against defendant Michael Sedor on November 7, 2003 (see Doc. 227), is SET ASIDE.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge