**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY GERTSEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1779** |
| **Plaintiffs** | : | **(CONSOLIDATED)** |
| v. | : | **(Judge Conner)** |
| **FIRST HORIZON HOME LOAN CORP., et al.,** | : | |
| **Defendants** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN CORP. t/d/b/a MNC MORTGAGE,** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **GARY L. SWEITZER ENTERPRISES, INC., et al.,** | : | |
| **Defendants** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **FRANCIS A. DUNLOP, et al.,** | : | |
| **Plaintiffs** | : | |
| v. | : | |
| **FIRST HORIZON HOME LOAN d/b/a FT MORTGAGE d/b/a MNC MORTGAGE, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 31st day of August, 2005, upon consideration of plaintiffs' motion for leave to file amended complaints (Doc. 299) in the above-captioned

consolidated cases, and it appearing that the motion (Doc. 299) describes the proposed amendments but is not accompanied by copies of the proposed amended pleadings, as required by Local Rule 15.1, see L.R. 15.1, it is hereby ORDERED that:

1. Plaintiffs shall file copies of the proposed amended pleadings, in accordance with Local Rule 15.1, on or before September 6, 2005. Failure to file timely copies of the proposed amended pleadings shall result in the motion for leave to amend (Doc. 299) being deemed withdrawn.

2. Any party opposing the motion for leave to amend (Doc. 299) shall file a brief in opposition to the motion on or before September 12, 2005.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge