UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
NOV 1 8 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| GARY & SUSAN GERTSEN, et. al. : | |
| Plaintiffs : | CIVIL ACTION |
| : | NO. 1:CV 04-1779 |
| vs. : | |
| : | |
| FIRST HORIZON HOME LOAN d/b/a MNC : | |
| MORTGAGE, et. al. : | |
| Defendants : | |

## ORDER

AND NOW, this 18th day of November, 2005, it is hereby ORDERED and DECREED that:

(1) the above-captioned case is hereby referred to mediation pursuant to Local Rule 16.8;

(2) the parties are directed to confer about the selection of a mediator and report to the Court on the status of the selection of a mediator within thirty (30) days of the date of this Order;

(3) the parties are to report to the Court on the status of mediation every sixty (60) days following the selection of the mediator;

(4) the parties are not required to file another Joint Case Management Plan until after a report has been submitted on the conclusion of the mediation.

BY THE COURT:

_____
The Honorable Christopher C. Conner

H:\Barwood Estates\Pleadings\11.14.05 proposed order.wpd