## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY GERTSEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1779** |
| | : | |
| **Plaintiffs** | : | **(CONSOLIDATED)** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **FIRST HORIZON HOME LOAN** | : | |
| **CORP., et al.,** | : | |
| | : | |
| **Defendants** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN** | : | |
| **CORP. t/d/b/a MNC MORTGAGE,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GARY L. SWEITZER ENTERPRISES,** | : | |
| **INC., et al.,** | : | |
| | : | |
| **Defendants** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **FRANCIS A. DUNLOP, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST HORIZON HOME LOAN** | : | |
| **d/b/a FT MORTGAGE d/b/a MNC** | : | |
| **MORTGAGE, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 1st day of December, 2005, upon consideration of the motion

(Doc. 299) for leave to amend the complaint, filed by plaintiffs Gary Gertsen, et al.

and Francis A. Dunlop, et al., and it appearing that the above-captioned case has been referred to mediation (see Doc. 331),[1] it is hereby ORDERED that the motion (Doc. 299) is DENIED without prejudice pending resolution of mediation.  See FED. R. CIV. P. 15(a).


   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The parties agreed to have the case referred to mediation.  (See Doc. 329.)