# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY GERTSEN**, et al., | : CIVIL ACTION NO. 1:04-CV-1779 |
| Plaintiffs | : (CONSOLIDATED) |
| v. | : (Judge Conner) |
| **FIRST HORIZON HOME LOAN CORP.**, et al., | : |
| Defendants | : |

-----------------------------------------------------------------------------

| | |
|---|---|
| **FIRST HORIZON HOME LOAN CORP. t/d/b/a MNC MORTGAGE**, | : |
| Plaintiff | : |
| v. | : |
| **GARY L. SWEITZER ENTERPRISES, INC.**, et al., | : |
| Defendants | : |

-----------------------------------------------------------------------------

| | |
|---|---|
| **FRANCIS A. DUNLOP**, et al., | : |
| Plaintiffs | : |
| v. | : |
| **FIRST HORIZON HOME LOAN d/b/a FT MORTGAGE d/b/a MNC MORTGAGE**, et al., | : |
| Defendants | : |

## **ORDER**

AND NOW, this 21st day of December, 2005, upon consideration of the joint report on the selection of a mediator (Doc. 339) requesting clarification on the

selection of a mediator, it is hereby ORDERED that the parties are directed to confer about the selection of a mediator and report to the Court on the status of the selection of a mediator on or before January 13, 2006:

1. If the parties select a mediator certified pursuant to Local Rule 16.8.2 or a magistrate judge within the Middle District of Pennsylvania pursuant to Local Rule 16.9, the court will issue an order referring the above-captioned case to the mediator or to the settlement officer.

2. If the parties select a mediator that is not certified pursuant to Local Rule 16.8.2, the court will entertain a joint motion for a stay of the proceedings in the above-captioned case while the parties pursue private mediation at the parties expense.

  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge