# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY GERTSEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1779** |
| Plaintiffs | : | **(CONSOLIDATED)** |
| v. | : | (Judge Conner) |
| **FIRST HORIZON HOME LOAN CORP., et al.,** | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN CORP. t/d/b/a MNC MORTGAGE,** | : | |
| **Plaintiff** | : | |
| v. | : | |
| **GARY L. SWEITZER ENTERPRISES, INC., et al.,** | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| **FRANCIS A. DUNLOP, et al.,** | : | |
| Plaintiffs | : | |
| v. | : | |
| **FIRST HORIZON HOME LOAN d/b/a FT MORTGAGE d/b/a MNC MORTGAGE, et al.,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 13th day of February, 2006, upon consideration of

defendants' appeal (Doc. 354) from the magistrate judge's order granting plaintiffs'

motion to compel (see Doc. 353), see 28 U.S.C. § 636(b)(1)(A); L.R. 72.2, and it appearing that the parties are about to commence an extensive mediation session (see Doc. 355 at 2),[1] it is hereby ORDERED that briefing on defendants' appeal is STAYED pending the outcome of mediation.

                                           /s/ Christopher C. Conner
                                           CHRISTOPHER C. CONNER
                                           United States District Judge

---

[1] Defendants indicate that "the Court can defer resolution of this appeal pending the outcome of mediation." (Doc. 355 at 2.)