# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY & SUSAN GERTSEN, et al., | : |
| Plaintiffs | : Civil Action |
| vs. | : No. 1:04-CV-1779 |
| FIRST HORIZON HOME LOAN d/b/a MNC MORTGAGE; et al., | : (CONSOLIDATED) |
| | : Judge Conner |
| Defendants. | : |

**FILED HARRISBURG JUN 0 8 2006 MARY E. D'ANDREA, CLERK Per_____ Deputy Clerk**

## ORDER

AND NOW, this 8TH day of June, 2006, upon consideration of the parties' Joint Status Report and Motion to Extend Stay, it is hereby ORDERED that the Motion is GRANTED. Proceedings in this matter are stayed through July 7, 2006, and Plaintiffs are directed to submit a joint status report on or before July 7, 2006, regarding the status of mediation.

By the Court,

CHRISTOPHER C. CONNER
United States District Judge

{L0313677.1}