**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY GERTSEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1779** |
| | : | |
| **Plaintiffs** | : | **(CONSOLIDATED)** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **FIRST HORIZON HOME LOAN** | : | |
| **CORP., et al.,** | : | |
| | : | |
| **Defendants** | : | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN** | : | |
| **CORP. t/d/b/a MNC MORTGAGE,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GARY L. SWEITZER ENTERPRISES,** | : | |
| **INC., et al.,** | : | |
| | : | |
| **Defendants** | : | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| **FRANCIS A. DUNLOP, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST HORIZON HOME LOAN** | : | |
| **d/b/a FT MORTGAGE d/b/a MNC** | : | |
| **MORTGAGE, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 10th day of July, 2006, upon consideration of the joint status

report (Doc. 374), stating that the parties believe additional time is needed to give

mediation a fair opportunity to reach a settlement and requesting that the stay of

proceedings be extended until September 1, 2006, it is hereby ORDERED that:

1.   The joint status report (Doc. 374) is CONSTRUED as a motion to
     extend the stay of proceedings and is GRANTED as so construed.

2.   Proceedings in this matter are STAYED through September 1, 2006.

3.   The parties shall file a joint status report concerning the progress of
     mediation on September 1, 2006, or upon the conclusion of the
     mediation process, whichever first occurs.


  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge