# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY GERTSEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1779** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | (Consolidated) |
| **FIRST HORIZON HOME LOAN CORPORATION, et al.,** | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| **STEVEN CARR, et al.,** | : | **CIVIL ACTION NO. 1:06-CV-1114** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **FIRST HORIZON HOME LOAN CORPORATION, et al.,** | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| **MICHAEL & VICTORIA HOLT, et al.,** | : | **CIVIL ACTION NO. 1:06-CV-0018** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **FIRST HORIZON HOME LOAN CORPORATION, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of July, 2007, upon consideration of the Joint Motion Requesting Dismissal of Claims and Entry of Final Judgment filed by Plaintiffs Gary Gertsen et al. and defendants Old Republic National Title Insurance Company, First Horizon Home Loan Corporation d/b/a MNC Mortgage f/k/a

FT Mortgage Co., Cynthia Baxter Wolf, Michael Sedor, Penn State Abstract Company, Guardian Home Funding, Inc. t/d/b/a Aarow Mortgage Group, Charles Rees Brown, U.S. Mortgage Finance Corporation, Appraisals, Ltd. and Mathew Flohr, Coastal Capital Corporation ("Settling Defendants"), and finding that good cause exists, it is

ORDERED that the Joint Motion be and it hereby is GRANTED; it is

FURTHER ORDERED that Plaintiff's claims against the Settling Defendants are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and it is

FURTHER ORDERED that, because there is no just reason for delay, the Court DIRECTS the entry of final judgment on all of Plaintiffs' claims against the Settling Defendants pursuant to Fed. R. Civ. P. 54(b).

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER
United States District Judge